982 A.2d 1221

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Terrance BOOKER, Respondent.**

Supreme Court of Pennsylvania.

Oct. 27, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of October 2009, the Respondent's Counsel's Motion to Withdraw as Counsel is **GRANTED.** The trial court is directed to appoint new counsel to represent the Respondent. The Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED** and this matter is **REMANDED** to the Superior Court for action

consistent with our recent decision in *Commonwealth v. Liston*, 977 A.2d 1089 (Pa.2009).

Justice GREENSPAN did not participate in the consideration or decision of this matter.